IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DENISE ANNE CROOKER,<br><br>  Plaintiff,<br>v.<br><br>GEORGE J. TESSITORE, et al.,<br><br>  Defendants. | No. 3:20-cv-01695-JEJ<br><br><br><br>Jury Trial Demanded |

ORDER

AND NOW, this __27th__ day of October 2020, upon consideration of the motion of Gerard J. Geiger, Esq. pursuant to LR 83.15 to withdraw appearance,

IT IS HEREBY ORDERED that the motion is granted. Attorney Geiger's motion to withdraw appearance for defendants, Gerri Papillon and Camp Papillon Animal Shelter, Inc., is approved.

BY THE COURT,

_____
John E. Jones III, Chief Judge
United States District Judge
Middle District of Pennsylvania