# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENISE ANNE CROOKER, | : | CIVIL NO: 3:20-cv-01695 |
| | : | |
| Plaintiff, | : | (Chief Judge Jones) |
| | : | |
| v. | : | (Magistrate Judge Schwab) |
| | : | |
| GEORGE J. TESSITORE, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER
May 7, 2021

On May 7, 2021, we conducted a telephonic status conference with the parties regarding several issues in this case. In keeping with the discussion on that call, and in order to enable the parties to resolve these issues, **IT IS ORDERED** that the plaintiff, Denise Anne Crooker ("Crooker"), shall, on or before **May 21, 2021**, provide all of the discovery information in response to the Papillon defendants' discovery requests as we previously ordered. *Doc. 61*. Additionally, Crooker shall respond to the Papillon defendants' request as to the receipts for dog food by providing those receipts which are in her possession, or by further explaining whether, after a diligent search for said receipts, she was unable to find those receipts.

In order to avoid further discovery disputes in this case, and to enable the exchange of discovery in this case, **IT IS FURTHER ORDERED** that Crooker shall enter into a confidentiality agreement with the defendants on or before **May 21, 2021**, the first draft of which Crooker shall draft and disseminate to the defendants on or before **May 12, 2021**.

Finally, in accordance with the discussion on our call, the parties shall continue to draft their agreement regarding the return of the dogs to Crooker, and **IT IS FURTHER ORDERED** that counsel for Crooker and the Pennsylvania State Police shall facilitate the return of the dogs to Crooker and shall file a joint status report informing us of their progress on or before **May 21, 2021**.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge