# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENISE ANNE CROOKER, | : | CIVIL NO: 3:20-cv-01695 |
| | : | |
| Plaintiff, | : | (Chief Judge Jones) |
| | : | |
| v. | : | (Magistrate Judge Schwab) |
| | : | |
| GEORGE J. TESSITORE, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# **ORDER**
June 29, 2021

On June 25, 2021, we conducted a telephone status conference with the parties where we discussed, among other things, the submissions by the parties which we have received in recent weeks. *Doc. 82*. In accordance with the conversation on that call, which covered much ground, we will by separate order extend the discovery deadlines in this case by 30 days, and we will address the remaining points of that conversation below.

Regarding the deposition scheduled for this date, June 29, 2021, **IT IS ORDERED** that the deposition of the plaintiff, Denise Anne Crooker ("Crooker"), will proceed as scheduled. During that deposition, Crooker shall answer the questions posed to her, and Crooker's counsel shall not instruct Crooker not to answer those questions on the basis of confidentiality. Any medical exhibits submitted during the deposition, as well as any portions of the transcript which

reference such exhibits or discuss Crooker's medical treatment, shall be marked "Confidential—Attorneys' Eyes Only." The parties shall establish these points via stipulation at the outset of the deposition. Based on the foregoing, **IT IS FURTHER ORDERED** that Crooker's motion for a protective order (*doc. 79*) is **DENIED AS MOOT**.

Crooker also filed motions for judgment on the pleadings and to strike the defendants' second amended answer. *Docs. 29, 60*. Insofar as the issues raised in these motions have already been determined by Chief Judge Jones in his Memorandum and Order (*doc. 63*), and are otherwise more suited to be raised in a motion for summary judgment, and without making any determination as to the merits of the arguments contained therein at this time, **IT IS ORDERED** that Crooker's motion for judgment on the pleadings (*doc. 29*) and her motion to strike the second amended answer (*doc. 60*) are **DENIED**. Crooker shall have ample opportunity to address the issues she raised in these motions as this litigation progresses and on summary judgment.

Crooker also has made us aware, via letter brief to our Chambers' email and in accordance with our previous order (*doc. 77*), of her intent to file a motion for sanctions regarding the defendants' second amended answer. As discussed on the call, Crooker shall refrain from filing a motion for sanctions, as outlined in her letter, at this time.

Finally, **IT IS ORDERED** that the parties shall meet and confer again in an attempt to work out a suitable confidentiality agreement for this case. To the extent they are having disputes on specific provisions of such agreement, they may provide the court with drafts of such agreements but must clearly and specifically identify the disputed provisions at issue. **IT IS FURTHER ORDERED** that the parties shall provide us with a status report as to their progress on or before **July 9, 2021**.

*<u>S/Susan E. Schwab</u>*
Susan E. Schwab
United States Magistrate Judge
