UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENISE ANNE CROOKER, | : | CIVIL NO: 3:20-cv-01695 |
| | : | |
| Plaintiff, | : | (Judge Jones) |
| | : | |
| v. | : | (Magistrate Judge Schwab) |
| | : | |
| GEORGE J. TESSITORE, *et al.*, | : | |
| | : | |
| Defendants. | : | |

### ORDER
January 11, 2022

We are in receipt of Plaintiff's motion to file a sur-reply brief, *doc. 107*, and it is **DENIED** without prejudice. The court has discretion in deciding whether a sur-reply brief will be permitted. *Mallory v. Wells Fargo Bank, N.A.*, No. 3:19-CV-744, 2021 WL 5826211, at *2 (M.D. Pa. July 20, 2021). And "[c]ourts within this Circuit have found that '[s]ur-reply briefs are seldom necessary,' and that '[t]hey are appropriate only where a party "seek[s] to respond to an argument raised for the first time" by an opposing party.'" *Id*. (quoting *Gentry v. Sikrosky Aircraft Corp.*, No. 18-1326, 2018 WL 6329147, at *2 (E.D. Pa. Dec. 4, 2018)). "Other courts have 'granted leave to file a sur-reply brief when the brief was helpful in resolving the issues presented in the case.'" *Id*. (quoting *Souffrant v. Hyrowich*, No. 07-cv-4475, 2009 WL 10737145, at *2 n.2 (E.D. Pa. May 4, 2009)).

Here, Defendants have just today filed their reply brief. *Doc. 108.* In order for the court to consider Plaintiff's motion to file a sur-reply brief, **IT IS ORDERED** that, on or before **January 22, 2022,** she shall file a one-page letter on the docket outlining clearly and specifically on what issues any reply brief would be based in keeping with Third Circuit case law.

<u>*S/Susan E. Schwab*</u>
Susan E. Schwab
United States Magistrate Judge